**In re: Samuel Tijuan JONES, a/k/a Tito, Petitioner.**

No. 08–2333.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 23, 2009.

Samuel Tijuan Jones, Petitioner Pro Se.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Tijuan Jones petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his Motion to Dismiss Count Five of the Indictment. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dis-